STATE OF NEW JERSEY, DEFENDANT IN ERROR, v.
SAMUEL VACCHIONE, PLAINTIFF IN ERROR.

Submitted February 12, 1937—Decided April 30, 1937.

For the plaintiff in error, *Joseph F. Mattice.*

For the defendant in error, *T. Raymond Bazley,* prosecutor
of the Pleas.

.

PER CURIAM.

We concur in the view of the Supreme Court that the commitment is in accordance with the judgment of the Court of Quarter Sessions. We find no merit in the claim that it is not based upon a final judgment entered on the indictment returned against plaintiff in error.

The judgment is accordingly affirmed.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, CASE, BODINE, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, COLE, JJ. 13.

*For reversal*—None.